DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**COLLINS ASSET GROUP, LLC,**
Appellant,

v.

**ISHMAEL KALLOO,**
Appellee.

No. 4D16-3597

[August 3, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Marina Garcia-Wood, Judge; L.T. Case No. 14-12528 (18).

Alvaro Orozco of Pollack & Rosen, P.A., Coral Gables, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., LEVINE and CONNER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***